# United States Court of Appeals
## For the First Circuit

No. 25-2166

IN RE: SUZANNE BROWN,

Petitioner.

Before

Barron, Chief Judge,
Gelpí and Montecalvo, Circuit Judges.

**CORRECTED JUDGMENT**[*]

Entered: December 8, 2025

Petitioner Suzanne Brown seeks a writ of mandamus in relation to proceedings in the District Court for the District of New Hampshire. Petitioner also moves for a stay of district court proceedings pending disposition of her mandamus petition and appointment of counsel to represent her in mandamus proceedings.

The standard for mandamus relief is high. See In re Cargill, 66 F.3d 1256, 1260 (1st Cir. 1995) (setting out mandamus standard). Petitioner earlier took an interlocutory appeal from this same proceeding, which we dismissed. See Appeal No. 25-1289. The district court still has not ruled on Petitioner's request for a writ of coram nobis, and Petitioner makes no showing of her entitlement to the extraordinary relief of mandamus. Specifically, Petitioner offers no compelling argument for grant of the writ of coram nobis by this court or for reassignment of the district court. We also have no basis on this record, prior to a final order, to intrude on the district court's discretion to manage its schedule or resolve appointment or discovery matters.

Last, to the extent that the petition and motions relate to a hearing on Petitioner's entitlement to a writ of coram nobis, we further emphasize that Petitioner specifically requested oral argument before this district court judge on this relief. Petitioner is reminded that there is no right to counsel in this context. If Petitioner no longer wishes to be heard or does not wish to appear in court for a hearing without counsel, Petitioner is free to request a ruling on the papers, but she must direct these or any other procedural requests to the district court.

---

[*] Corrected judgment entered to amend the service list.

The petition is hereby **DENIED**. To the extent not mooted by the foregoing, all pending motions also are **DENIED**. We add in closing that if Petitioner seeks rehearing or reconsideration of the denial of her petition, Petitioner should not expect any ruling before the current scheduled hearing date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Joseph N. Laplante
Tracy Uhrin, Clerk, United States District Court for the District of New Hampshire
Suzanne M. Brown
David M. Lieberman
Charles L. Rombeau
Georgiana MacDonald