# United States Court of Appeals
## For the First Circuit

No. 25-2166

IN RE: SUZANNE BROWN,

Petitioner.

Before

Barron, <u>Chief Judge</u>,
Gelpí, Montecalvo, Rikelman,
and Dunlap, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: February 2, 2026

    This court previously entered a judgment in this matter dismissing a petition for a writ of mandamus and denying all other relief. Petitioner Suzanne Brown now has made several post-judgment pro se filings. We have carefully considered all post-judgment filings, and we read them liberally and collectively to seek panel rehearing and rehearing en banc. Brown also moves for or requests other relief, including again seeking appointment of counsel.

    The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the non-recused active judges of this court and a majority of the non-recused judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be <u>denied</u>. Any other requests for relief also are <u>denied</u>. The mandate shall issue forthwith.

                                                         By the Court:

                                                         Anastasia Dubrovsky, Clerk

cc:  Suzanne M. Brown, David M. Lieberman, Charles L. Rombeau, Georgiana MacDonald